UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DAVID HAROLD BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 2:13-cv-00347-LJM-DKL |
| ) | |
| R. STERN, et al., ) | |
| ) | |
| Defendants. ) | |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT in this action in favor of the defendants and against the Plaintiff, David Harold Bradley, pursuant to 28 U.S.C. § 1915A(b).

Date: 03/24/2014

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DAVID HAROLD BRADLEY
943474
Wabash Valley Correctional Facility - Inmate Mail/Parcels
6908 S. Old US Hwy 41
Carlisle, IN 47838